UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., Plaintiffs, v. STAR CONSTRUCTION, INC., et al., Defendants. | Case No. 21-cv-01078-RS  **STANDBY ORDER OF DISMISSAL** |
|---|---|

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 23, 2021.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 30, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 12, 2021

_____
Richard Seeborg
Chief United States District Judge