Matthew P. Minser, Esq. (SBN 296344)
Siddharth Jhans, Esq.   (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

George Wailes, Esq. (SBN 100435)
GEORGE WAILES ATTORNEY AT LAW
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2343
Email: george@waileslaw.com

Attorney for Defendant, Star Construction, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br> v. <br><br> STAR CONSTRUCTION, INC., a California Corporation, et al., <br><br> Defendant. | Case No. 4:21-cv-01078-RS <br>  ORDER <br> **STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE** |

Plaintiffs, OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., and Defendant STAR CONSTRUCTION, INC, (collectively the "Parties") by and through their respective counsel of record, hereby represent that this matter has settled in full. The Parties hereby agree and stipulate as follows:

//

1

**STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE**
Case No. 4:21-cv-01078-RS    \\SJLAW-FILES\Public\CLIENTS\OE3CL\Star Construction Inc\Pleadings\Dismissal.docx

1  Plaintiffs' Complaint in this action shall be dismissed with prejudice, each party to bear its own
2  costs.

3  DATED: September 23, 2021               SALTZMAN & JOHNSON LAW
                                           CORPORATION
4
5                                   By:            /S/
                                           Siddharth Jhans
6                                          Matthew P. Minser
                                           Attorneys for Plaintiffs, Operating Engineers'
7                                          Health and Welfare Trust Fund for Northern
                                           California, et al.
8
9  DATED: September 23, 2021               GEORGE WAILES ATTORNEY AT LAW

10                                  By:            /S/
11                                         George Wailes
                                           Attorney for Defendant, Star Construction, Inc.

**GRANTED**
*Judge Richard Seeborg*
Date: 9/29/21
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

**STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE**
Case No. 4:21-cv-01078-RS    \\SJLAW-FILES\Public\CLIENTS\OE3CL\Star Construction Inc\Pleadings\Dismissal.docx